# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: November 18, 2025

Mr. Robert D. Gordon
F.C.I. Milan
P.O. Box 1000
Milan, MI 48160

Re: Case No. 25-2038
*Robert Gordon v. Eric Rardin*
Originating Case No. 2:25-cv-11001

Dear Mr. Gordon:

This appeal has been docketed as case number **25-2038** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court.

The appellee's appearance form is due no later than **December 2, 2025.**

The Clerk's office cannot give pro se litigants legal advice but questions about the forms or electronic case filing may be directed to the case manager.

Sincerely yours,

s/Patricia Elder
Senior Case Administrator
Direct Dial No. 513-564-7034

cc: Ms. Julie A. Beck

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 25-2038

ROBERT D. GORDON

      Petitioner - Appellant

v.

ERIC RARDIN

      Respondent - Appellee