UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **25-2038**

Case Title: **Robert D. Gordon** vs. **Eric Rardin**

List all clients you represent in this appeal:

**Eric Rardin**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☑ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Julie A. Beck**    Signature: s/ **Julie A. Beck**

Firm Name: **United States Attorneys Office**

Business Address: **211 West Fort Street, Suite 2001**

City/State/Zip: **Detroit, MI 48226**

Telephone Number (Area Code): **(313) 226-9717**

Email Address: **Julie.Beck@usdoj.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.